IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00152–PAB–KMT

DINKUM SYSTEMS, INC., a Colorado corporation,

    Plaintiff,

v.

WOODMAN LABS, INC., doing business as GoPro, a Delaware corporation,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Modify Scheduling Order and Extend Time to Respond to Plaintiff's Complaint" (Doc. No. 42, filed Oct. 8, 2014) is GRANTED. The Scheduling Order is amended as follows:

| | |
|---|---|
| Deadline for Plaintiff to serve its Response to Invalidity Contentions and Claim Charts and produce any documents: | November 7, 2014 |
| Deadline for parties to exchange list of claim terms to be construed and proposed construction, specifically identifying up to ten (10) of the most critical terms to be construed: | December 5, 2014 |
| Deadline to file Joint Disputed Claim Terms Chart: | January 9, 2015 |

In addition, Defendant shall answer or otherwise respond to Plaintiff's first claim for relief no later November 14, 2014.

Dated: October 9, 2014